Case 1:08-cv-03700 Document 2 Filed 06/27/2008 Page 1 of 1

FILED: JUNE 27, 2008
08CV3700
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIE
EDA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** ANNA BOTTIGLIERO

County of Residence: **Will County, Illinois**

Plaintiff's Atty:
Richard J. Murphy
James M. Ridge & Associates, P.C.
101 North Wacker Drive, Suite 200
Chicago, Illinois 60606
312-372-8282

**Defendant(s):** VALUE CITY DEPARTMENT STORES, LLC, A foreign corporation

County of Residence: **Franklin County, Ohio**

Defendant's Atty:
Mark G. Poulakidas
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60604
312/332-6644

II. Basis of Jurisdiction: 4. Diversity (complete item III)

III. Citizenship of Principal Parties (Diversity Cases Only)
 Plaintiff:- 1 Citizen of This State
 Defendant:- 5 Incorporated and Principal place of Business in another State

IV. Origin : 2. Removed From State Court

V. Nature of Suit: 360 Other Personal Injury

VI. Cause of Action: Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332

VII. Requested in Complaint
 Class Action:
 Dollar Demand: **Greater than $**_____
 Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_

Date: June 27, 2008

Revised: 06/28/00