Case 1:08-cv-03700   Document 4   Filed 06/27/2008   Page 1 of 1

FILED: JUNE 27, 2008
08CV3700
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

ANNA BOTTIGLIERO v. VALUE CITY DEPARTMENT STORES, LLC, a foreign corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VALUE CITY DEPARTMENT STORES, LLC, a foreign corporation**

| NAME (Type or print) |  |
|---|---|
| Tess L. Dabbah |  |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) | |
| /s/ Tess L. Dabbah | |
| FIRM | |
| HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC | |
| STREET ADDRESS | |
| 200 WEST ADAMS STREET, SUITE 500 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6280062 | 312/676-7053 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |