FILED: JUNE 27, 2008
08CV3700
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

ANNA BOTTIGLIERO v. VALUE CITY DEPARTMENT STORES, LLC, a foreign corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VALUE CITY DEPARTMENT STORES, LLC, a foreign corporation**

| |
|---|
| NAME (Type or print) <br> John B. Racanelli |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) <br> /s/ John B. Racanelli |
| FIRM <br> HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |
| STREET ADDRESS <br> 200 WEST ADAMS STREET, SUITE 500 |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290514 | TELEPHONE NUMBER <br> 312/676-7057 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐