# United States District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

| | | |
|---|---|---|
| Michael W. Dobbins, Clerk | July 1, 2008 | Office of the Clerk |

Richard J. Murphy
James M. Ridge & Associates, P.C.
101 North Wacker Drive,
Suite 200
Chicago, IL 60606

RE:     Bottigliero     vs.     Value City Department Stores, LLC

Dear Counselor:

The records of this office indicate that on 6/27/2008 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as **08 L 5427.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

In completing the appearance form, please note that the Clerk's Office provides notice pursuant to Rule 77(d) of the Federal Rules of Procedure only to the attorney shown in box (A) of the appearance form.

Sincerely yours,

Michael W. Dobbins, Clerk

By:
s/Johnnie M. Patterson
Deputy Clerk