2190 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA BOTTIGLIERO, | ) | |
| Plaintiff, | ) | No.:   08 CV 3700 |
| vs. | ) | |
| | ) | Judge Castillo |
| VALUE CITY DEPARTMENT STORES, LLC, | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Richard J. Murphy
James M. Ridge & Associates, P.C.
101 North Wacker Drive, Suite 200
Chicago, Illinois 60606

YOU ARE HEREBY NOTIFIED that on July 8, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, *__Answer of Defendant Value City Department Store, LLC to Complaint at Law and Affirmative Defense__*, a copy of which is attached hereto.

### Certificate of Service

I certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard J. Murphy, James M. Ridge & Associates, P.C., 101 North Wacker Drive, Suite 200, Chicago, Illinois 60606, and I hereby certify that I have mailed by United States Postal Service the document to the non CM/ECF participants.

By:   /s/ Mark G. Poulakidas
Mark G. Poulakidas  (ARDC No. 6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
312-332-6644
mpoulakidas@hskolaw.com