2190 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA BOTTIGLIERO, | ) | |
| Plaintiff, | ) | No.: 08 CV 3700 |
| vs. | ) | |
| | ) | Judge Castillo |
| VALUE CITY DEPARTMENT STORES, LLC, | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Richard J. Murphy
James M. Ridge & Associates, P.C.
101 North Wacker Drive, Suite 200
Chicago, Illinois 60606

On Wednesday, July 16, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Castillo** or any judge sitting in his/her stead, in the courtroom usually occupied by him in **Room 2141** of the Northern District of Illinois, Eastern Division and shall then and there present Defendant's **MOTION FOR QUALIFIED PROTECTIVE ORDER**, a copy of which is attached hereto.

## Certificate of Service

I certify, under the law that I Served this Notice by electronic filing and mailing a copy to each person to whom it is directed at the address above indicated by depositing same in the U.S. Mail at 200 West Adams Street, Chicago, Illinois 60606, before the hour of 5:00 p.m. on July 10, 2008, with proper postage prepaid.

/s/ Mark G. Poulakidas
Mark G. Poulakidas ARDC No. 6230065
Tess L. Dabbah ARDC No. 6280062
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644
mpoulakidas@hskolaw.com