

Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3700 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Anna Bottigliero vs. Value City Department Stores, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/16/2008. Defendant's motion for protective order is granted. Enter Order Pursuant to HIPAA. After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a proper amended federal complaint or a timely motion to remand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED
2008 JUL 16  PM 3:33
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|